**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Regina McClendon,** | : |
| **Plaintiff,** | : **Civil Action No.: 3:11-cv-00789-RNC** |
| **v.** | : |
| **Unified Asset Solutions LLC; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Regina McClendon ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: April 25, 2012**

**Respectfully submitted,**

**PLAINTIFF, Regina McClendon**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile:  (203) 653-3424**
**slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg